UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

H<span>AMILTON</span> S<span>PECIALTY</span> I<span>NS</span>. C<span>O</span>.,

    Plaintiff,

v.

T<span>RANSITION</span> I<span>NVESTMENTS</span>, LLC, <span>ET AL</span>.,

    Defendants.
_____/

Case No. 18-11346

S<span>ENIOR</span> U.S. D<span>ISTRICT</span> J<span>UDGE</span>
A<span>RTHUR</span> J. T<span>ARNOW</span>

U.S. M<span>AGISTRATE</span> J<span>UDGE</span>
R. S<span>TEVEN</span> W<span>HALEN</span>

**O<span>RDER</span> G<span>RANTING</span> D<span>EFENDANTS</span>' M<span>OTION</span> <span>FOR</span> S<span>UMMARY</span> J<span>UDGMENT</span> [11]; <span>AND</span> D<span>ENYING</span> P<span>LAINTIFF</span>'<span>S</span> M<span>OTION</span> <span>FOR</span> S<span>UMMARY</span> J<span>UDGMENT</span> [12]**

On January 31, 2019, the parties filed cross-motions for summary judgment [11, 12]. The motions are fully briefed. On July 16, 2019, the Court held a hearing on the motions.

For the reasons stated on the record,

**IT IS ORDERED** that Defendants' Motion for Summary Judgment [11] is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment [12] is **DENIED**.

**SO ORDERED**.

                                              s/Arthur J. Tarnow
                                              Arthur J. Tarnow
Dated: July 17, 2019               Senior United States District Judge